FILE COPY

ACCEPTED
01-15-00148-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/19/2015 12:52:27 PM
CHRISTOPHER PRINE
CLERK

SHERRY RADACK
 CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
 JUSTICES



# Court of Appeals
# First District of Texas
### 301 Fannin Street
### Houston, Texas 77002-2066

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE 713-274-2700
FAX 713-755-8131
www.txcourts.gov/1stCoa.aspx

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/19/2015 12:52:27 PM
CHRISTOPHER A. PRINE
Clerk

February 17, 2015

William Scott Helfand
Chamberlain Hrdlicka
1200 Smith St Ste 1400
Houston, TX 77002-4317
* DELIVERED VIA E-MAIL *

RE:    **Court of Appeals Number:** 01-15-00148-CV **Trial Court Case Number:** 2013-10661

**Style:** City of Nassau Bay, Texas
  v.
H. Ray Barrett, and 1438 Kingstree Lane, in rem

As of the date of this **NOTICE**, appellant(s) has not paid the required $195 filing fee to prosecute this appeal. *See* TEX. R. APP. P. 5 (requiring payment of fees at time of filing, unless excused); *see also* TEX. GOV'T CODE ANN. § 51.207 (Vernon Supp. 2011), § 51.941(a) (Vernon 2005), § 101.041 (Vernon Supp. 2011) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals).

This is **NOTICE** to the appellant that this appeal is subject to dismissal, if the filing fee has not been paid **within 20 days** of this NOTICE. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3 (allowing involuntary dismissal).Sincerely,

Christopher A. Prine, Clerk of the Court